**Opinion issued October 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00976-CV

_____

**VALDO RODRIGUEZ, Appellant**

**V.**

**NORA AVILA, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1056402**

---

## MEMORANDUM OPINION

Appellant, Valdo Rodriguez, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.